UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, <br><br> Plaintiff, <br><br> vs. <br><br> LUKE HANSON, JENNIFER JAFFE, RUTH BABCOCK, AS EXECUTOR OF THE ESTATE OF MILTON O. HANSON, <br><br> Defendants. | 2:17-CV-13344-TGB <br><br><br> ORDER WITHDRAWING AND DISBURSING FUNDS TO THE WESTERN DISTRICT OF MICHIGAN |

On March 30, 2018, this Court received an interpleader deposit in the amount of $391,866.66, pursuant to an Order requiring Plaintiff to deposit life insurance proceeds with the Clerk of Court (Dkt. 16). Also on March 30, 2018, this matter was transferred to the Western District of Michigan. Therefore, the funds should appropriately be deposited in that District.

IT IS ORDERED that the Clerk of Court shall withdraw and and disburse $391,866.66 in principal and 100% of the accrued interest to the

United States District Court for the Western District of Michigan, payable to the Clerk, U.S. District Court. The funds shall be withdrawn and disbursed, FORTHWITH.

DATED this 18th day of October, 2018.

BY THE COURT:

_____
TERRENCE G. BERG
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, October 18, 2018, by electronic and/or ordinary mail.

S/A. Chubb
Case Manager and Deputy Clerk